IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| GREAT SOUTHERN BANK,<br><br>    *Plaintiff*,<br>v.<br><br>FISERV SOLUTIONS, LLC,<br><br>    *Defendant*. | Civil Action No. _____ |

**PLAINTIFF GREAT SOUTHERN BANK'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Plaintiff Great Southern Bank hereby discloses that it is a wholly-owned subsidiary of Great Southern Bancorp, Inc. Great Southern Bank is unaware of any publicly held corporation that owns 10% or more of its stock aside from Great Southern Bancorp, Inc. Great Southern Bank has no subsidiaries or affiliates that have issued shares to the public.

Respectfully Submitted,

   */s/ George F. Verschelden*
Douglas R. Dalgleish  MO Bar #35203
George F. Verschelden  MO Bar # 55128
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Tel:    (816) 842-8600
Fax:   (816) 691-3495
Doug.dalgleish@stinson.com
george.verschelden@stinson.com

ATTORNEYS FOR PLAINTIFF GREAT SOUTHERN BANK

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 24, 2024, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                        */s/ George F. Verschelden*
                                        Attorney for Plaintiff