**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GREAT SOUTHERN BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:24-CV-03118-BCW** |
| | ) | |
| **FISERV SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Fiserv Solutions, LLC ("Defendant") moves the Court to enter an order extending the time in which Fiserv must answer or otherwise respond to Plaintiff Great Southern Bank's ("Plaintiff") Complaint, up to and including July 12, 2024. Plaintiff does not oppose the requested extension. In support of this motion, Defendant states as follows:

1.  Plaintiff filed its Complaint in this action on April 24, 2024.

2.  Defendant filed Waiver of Service of Summons on May 2, 2024.

3.  Absent the parties' agreement to extend Defendant's response deadline, Defendant's deadline to answer or otherwise respond to the Complaint is June 24, 2024.

4.  Defendant seeks an extension of time, up to and including Friday, July 12, 2024, in which to answer or otherwise respond to the Complaint. Defendant has good cause for the requested extension in that Defendant continues to analyze the allegations in the Complaint in order to prepare a response.

5.  Counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose the proposed extension through July 12, 2024.

6.  This motion is not filed for the purpose of delay or harassment, but rather to allow

Defendant to fully analyze the Complaint and prepare its response. Defendant respectfully submits that the extension will not impact the overall timelines for disposition of this matter, nor will it impact any discovery or trial deadlines, which have not yet been set.

7.    The proposed extension will not cause prejudice to any party as the proceedings are at an early stage and Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the time in which Defendant must answer or otherwise respond to Plaintiff's Complaint, up to and including July 12, 2024.

Dated: May 23, 2024                      Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Jennifer Berhorst*
      Robert J. Hoffman (MO #44486)
      Jennifer L. Berhorst (MO #61784)
      1200 Main Street, Suite 3800
      Kansas City, Missouri 64105
      Telephone: (816) 374-3200
      Facsimile: (816) 374-3300
      bob.hoffman@bclplaw.com
      jennifer.berhorst@bclplaw.com

      and

      Andrew J. Wronski (pro hac forthcoming)
      Jesse L. Byam-Katzman (pro hac forthcoming)
      Nicholas S. Covek (pro hac forthcoming)
      Thomas R. Hutchison (pro hac forthcoming)
      Foley & Lardner LLP
      777 E. Wisconsin Avenue
      Milwaukee, Wisconsin 53202
      Telephone: (414) 297-5518
      awronski@foley.com
      jbyam-katzman@foley.com
      ncovek@foley.com
      thutchison@foley.com

      ATTORNEYS FOR DEFENDANT

2

**<u>CERTIFICATE OF SERVICE</u>**

This certifies that on May 23, 2024, the foregoing was filed via the Court's Electronic Case

Filing System, which will send notice of the filing to all counsel of record.

/s/ *Jennifer L. Berhorst*
Attorney for Defendant